JOSEPH GORDON, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.—

Present—
Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.